# Court of Appeals
# of the State of Georgia

ATLANTA,　December 02, 2015

*The Court of Appeals hereby passes the following order:*

**A16D0127.  LEWIS ALAN CARLTON v. THE STATE.**

On October 1, 2015, the trial court entered an order revoking Lewis Alan Carlton's probation. On November 5, 2015, Carlton filed an application for discretionary appeal in this Court. We, however, lack jurisdiction.

An application for discretionary appeal must be filed within 30 days of entry of the order to be appealed. OCGA § 5-6-35 (d). "The requirements of OCGA § 5-6-35 are jurisdictional and this court cannot accept an appeal not made in compliance therewith." *Boyle v. State*, 190 Ga. App. 734 (380 SE2d 57) (1989); see also *Gable v. State*, 290 Ga. 81, 82-83 (2) (a) (720 SE2d 170) (2011).  Because Carlton's application was filed 35 days after entry of the order he seeks to appeal, it is untimely, and it is accordingly DISMISSED for lack of jurisdiction.



Court of Appeals of the State of Georgia
　　　Clerk's Office, Atlanta,　12/02/2015
　　　I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.
　　　Witness my signature and the seal of said court hereto affixed the day and year last above written.

_____ , *Clerk.*